```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                         Case No. 18-16686-elf
Lajeanna M Parker                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 2                  Date Rcvd: Sep 11, 2019
                               Form ID: pdf900            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Lajeanna M Parker,    6615 N Gratz Street,    Philadelphia, PA 19126-2633
14209740       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14261443       +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14230805       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2019 03:07:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2019 03:07:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 03:12:51     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209736       +E-mail/Text: broman@amhfcu.org Sep 12 2019 03:07:49     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14243700        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2019 03:12:41
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14209739       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 03:07:36     Comenity Bank/Lane Bryant,
                 Po Box 182789,    Columbus, OH 43218-2789
14261878       +E-mail/Text: blegal@phfa.org Sep 12 2019 03:07:48     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 N. Front St,    Harrisburg, PA 17101-1406
14209741        E-mail/Text: blegal@phfa.org Sep 12 2019 03:07:48     Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14209932       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 03:13:08
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209742       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 03:13:05     Synchrony Bank/QVC,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14325261       +E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:59     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1613
                                                                                                TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14209737*      +American Heritage Federal Credit Union,    Attn: Bankruptcy,    2060 Red Lion Road,
                 Philadelphia, PA 19115-1699
14209738*      +American Heritage Federal Credit Union,    Attn: Bankruptcy,    2060 Red Lion Road,
                 Philadelphia, PA 19115-1699
14261831*      +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett             Page 2 of 2            Date Rcvd: Sep 11, 2019
                              Form ID: pdf900             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Lajeanna M Parker dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> LAJEANNA M PARKER | Chapter 13 |
| Debtor | Bankruptcy No. 18-16686-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 11, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
LAJEANNA M PARKER

6615 N GRATZ STREET

PHILADELPHIA, PA 19126